UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| HEYL TRUCK LINES, INC. and VAN WYK, INC.,<br><br>Plaintiffs,<br><br>- vs -<br><br>HALDEX BRAKE PRODUCTS CORPORATION,<br><br>Defendant. | Case No.5:18-cv.04099<br>Jury Trial Demanded<br><br><br>**PLAINTIFFS' UNRESISTED MOTION TO FILE AMENDED COMPLAINT** |

COME NOW the above-named Plaintiffs, by and through their counsel of record, and move the Court for an Order, pursuant to F.R.Civ. P. 15(a)(2), allowing the Plaintiffs to amend their Complaint in the form attached hereto as <u>Exhibit A</u> and incorporated herein as though set out in full.

In support of this Motion, Plaintiffs state the following:

1. Plaintiffs' Motion is made for good cause and not for purposes of delay.

2. The purpose of the Amended Complaint is to allege additional damages stemming from a truck fire which had not occurred until after Plaintiffs' original Complaint had been drafted and was in the process of being filed and served.

3. After conferring in good faith with counsel for Defendant concerning this motion, such other parties have agreed to consent and stipulate to the motion. Counsel for Defendant identified below have granted permission to use their electronic signatures.

WHEREFORE Plaintiffs pray that this Motion be granted and the Court enter an Order allowing Plaintiffs to file their Amended Complaint.

1

Dated this 18th day of April, 2019.

        HAGEN, WILKA & ARCHER, LLP

        *[signature]*
        David L. Edwards
        Sara E. Schroeder
        600 S. Main Avenue, Suite 102
        P.O. Box 964
        Sioux Falls, SD  57101-0964
        Telephone:  (605) 334-0005
        Facsimile:  (605) 334-4814
        E-Mail:  david@hwalaw.com
                  sara@hwalaw.com


        MAYNE, HINDMAN, DAANE, PARRY &
        WINGERT

By:   /s/*James N. Daane*   AT0001802
        James N. Daane
        John D. Mayne
        701 Pierce Street, Suite 300
        P.O. Box 1678
        Sioux City, IA 51102-1678
        Telephone: (712) 252-2424
        Facsimile: (712) 255-8049
        E-mail: jdaane@maynelaw.com
                 jmayne@maynelaw.com
        *Attorneys for Plaintiffs*

The foregoing Motion to Amend Plaintiffs' Complaint is unresisted by Defendant.

Dated this 18th day of April, 2019.

STINSON, LEONARD, STREET, LLP

/s/*Thomas H. Davis*
Steven G. Emerson
Thomas H. Davis
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Email: semerson@stinson.com
tdavis@stinson.com

WOODS FULLER SCHULTZ & SMITH P.C.

/s/*Sander J. Morehead*
Sander J. Morehead (Iowa PIN #AT0012212)
300 South Phillips, Suite 300
Sioux Falls, SD 57104
Email: sander.morehead@woodsfuller.com

*Attorneys for Defendant*